IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL CLAY**             **PETITIONER**

**VS.**      **CASE NO. 5:10CV00038 SWW/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**       **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 13th day of April 2010.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE